LODGED

Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com

2012 JAN 26 PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas
Plaintiff

V.

IMI/INTEGRITY MARKETING, INC. d/b/a INTEGRITY ALARMS

Does 1 through 10
Defendant(s)

CV 12 - 00699

**COMPLAINT**

**VIOLATION OF FAIR CREDIT REPORTING ACT**
15 U.S.C. 1681 et seq.

**TRIAL BY JURY**

---

TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

**Comes now** the Plaintiff Deon L. Thomas :

1. Plaintiff's Complaint is based on the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681 et seq.*

**PRELIMI/INTEGRITYNARY STATEMENT**

2. This is an action for damages; brought for damages for the violation of the Fair Credit Reporting Act (FCRA) 15 USC §1681, *et seq.*

## JURISDICTION

3. Jurisdiction of this court arises pursuant to *15 U.S.C. §1681p* and *28 U.S.C. §1331*.

4. All conditions precedence to the bringing of this action have been performed.

## VENUE

5. The Plaintiff, Deon L. Thomas is a natural person and is a resident of the County of Riverside, State of California, and the action occurred here.

6. The Defendant IMI Marketing, Inc., d/b/a Integrity Alarms transact business in the state of California, County of Riverside and in this District.

## PARTIES

7. At all times hereinafter mentioned, The Plaintiff is a resident of Riverside County, State of California. Deon L. Thomas, ("hereinafter Plaintiff").

8. Plaintiff is informed and believes, and thereon alleges, that Defendant IMI Marketing, Inc. ( hereinafter "IMI or Defendants"), with business located at 140 E. Commonwealth Ave., suite 102, Fullerton, CA 92832, was and is a Delaware corporation doing business as "Integrity Alarms" ( hereinafter " Integrity or Defendants"), with business located at 1815 E HEIM AVE #206, ORANGE CA 92885

## FACTUAL ALLEGATION

9. The FCRA, under CONGRESSIONAL FINDINGS AND STATEMENT OF PURPOSE, 15 U.S.C. 1681(a)(4) reads in relevant part: *"There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a **respect for the consumer's right to privacy".*** (Emphasis added).

10. The FCRA, under CONGRESSIONAL FINDINGS AND STATEMENT OF PURPOSE, 15 U.S.C. 1681(b) reads in relevant part:

"(b) *Reasonable procedures*. It is **the purposes of this title** to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable **to the consumer**, with regard to the **confidentiality,** accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title". (**Emphasis added**).

11. Thus, the strictly limited provisions set forth in section 1681(b) operate to support the **confidentiality** of consumer reports by limiting their dissemination.

12. On or about December of 2010 Plaintiff received his credit report from a major credit reporting agency Equifax and found a entry by an entities that were unknown within the credit report.

13. Upon information and belief, Plaintiff observed his Equifax credit report and discovered that IMI obtained his credit report on or about March of 2010 without his expressed consent.

14. Upon information and belief, Plaintiff observed his Equifax credit report and discovered that INTEGRITY obtained his credit report on or about March of 2010 without his expressed consent.

15. Plaintiff asserts that both DEFENDANTS obtained Plaintiff Equifax credit report on the same day of March 24, 2010.

16. Discovery of the violation of impermissible purpose brought forth herein occurred on or about December of 2010 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681p*.

17. DEFENDANTS are in violation of the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b by* obtaining Plaintiff's credit report without a permissible purpose from Equifax, because at or about the time that

DEFENDANTS obtained Plaintiff's credit report, **none of the** specific and strictly **limited circumstances granting permissible purpose under section 1681(b) applied to** DEFENDANTS.

18. At or about the time DEFENDANTS obtained Plaintiff consumer credit report:

   A. Plaintiff did not authorize consumer reporting agency Equifax to furnish his consumer report to DEFENDANTS.
   B. Plaintiff did not authorize DEFENDANTS to obtain his consumer report from Equifax.
   C. Plaintiff did not apply for any credit, loan, or services with DEFENDANTS.
   D. Plaintiff did not have any contractual relationship for credit, loan, or services with DEFENDANTS.
   E. Plaintiff did not owe any debt to DEFENDANTS.
   F. Plaintiff did not owe any debt as the result of a judgment to DEFENDANTS.
   G. Plaintiff did not apply for any employment with DEFENDANTS.
   H. Plaintiff did not apply for any insurance from DEFENDANTS.
   I. Plaintiff did not have any existing account or credit obligation with DEFENDANTS.
   J. Plaintiff was not named as an "authorized user" on any account with DEFENDANTS.
   K. No court having jurisdiction issued any order to Equifax to furnish Plaintiff's consumer report to DEFENDANTS.
   L. No head of State or local child support enforcement agency requested Equifax to provide Plaintiff's consumer report to DEFENDANTS.

M. No agency administering a state plan under section 454 of the Social Security Act (42 U.S.C. § 654) requested Equifax to provide Plaintiff's consumer report to DEFENDANTS.

N. Plaintiff did not apply for any license or other benefit granted by a governmental instrumentality through DEFENDANTS.

O. Plaintiff did not receive any "firm offer of credit or insurance" from DEFENDANTS.

## Count I

**VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY IMI and INTEGRITY**

19. Plaintiff restates and reiterates herein all previous paragraphs 1-16.

20. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

21. Equifax is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

22. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

23. At no time did Plaintiff give his consent for DEFENDANTS to acquire his Equifax consumer credit report from any credit reporting agency.

24. The action of DEFENDANTS obtaining the consumer credit report of the Plaintiff once from IMI and the other from INTEGRITY, on March 24, 2010 with no permissible purpose or Plaintiff's consent, which was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

///

///

WHEREFORE, Plaintiff demands judgment for damages against each one, IMI and INTEGRITY for statutory damages of $2000.00, attorney's fees, pursuant to 15 U.S.C. § 1681n.

## "DEMAND FOR JURY TRIAL"

Plaintiff hereby DEMAND a trial by jury of all issues as a matter of law.

DATE: Jan. 26, 2012

*Deon L. Thomas*
Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com

# VERIFICATION OF COMPLAINT AND CERTIFICATION

State of California      )
                         )ss
County of Riverside      )

Plaintiff, Deon L. Thomas, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil complaint and I believe that all the facts contained in it are true to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded, cognizable in facts and warranted by existing law or by good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. 1746(2), I Deon L. Thomas, hereby declare or (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date: Jan. 26, 2012

Deon L. Thomas, Plaintiff
14626 Red Gum St.
Moreno Valley, CA 92555
&lt;dlthomas32@gmail.com&gt;

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself G) | DEFENDANTS |
|---|---|
| Deon L. Thomas, Plaintiff<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | Integrity Marketing, Inc. 140 E. Commonwealth Ave., suite 102, Fullerton, CA 92832<br>d/b/a Integrity Alarms 1815 E HEIM AVE #206, ORANGE CA 92885 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- G 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- G 2 U.S. Government Defendant
- G 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 | G 1 | Incorporated or Principal Place of Business in this State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business in Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify):
- G 6 Multi-District Litigation
- G 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes  G No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23:  G Yes  ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 2000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681 Obtaining Credit Report without a Permissible Purpose

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| G 400 State Reapportionment | G 110 Insurance | G 310 Airplane | G 370 Other Fraud | G 510 Motions to Vacate Sentence Habeas Corpus | G 710 Fair Labor Standards Act |
| G 410 Antitrust | G 120 Marine | G 315 Airplane Product Liability | G 371 Truth in Lending | | G 720 Labor/Mgmt. Relations |
| G 430 Banks and Banking | G 130 Miller Act | G 320 Assault, Libel & Slander | G 380 Other Personal Property Damage | G 530 General | G 730 Labor/Mgmt. Reporting & Disclosure Act |
| G 450 Commerce/ICC Rates/etc. | G 140 Negotiable Instrument | | | G 535 Death Penalty | |
| G 460 Deportation | G 150 Recovery of Overpayment & Enforcement of Judgment | G 330 Fed. Employers' Liability | G 385 Property Damage Product Liability | G 540 Mandamus/ Other | |
| G 470 Racketeer Influenced and Corrupt Organizations | | G 340 Marine | **BANKRUPTCY** | G 550 Civil Rights | G 740 Railway Labor Act |
| ☒ 480 Consumer Credit | G 151 Medicare Act | G 345 Marine Product Liability | G 422 Appeal 28 USC 158 | G 555 Prison Condition | G 790 Other Labor Litigation |
| G 490 Cable/Sat TV | G 152 Recovery of Defaulted Student Loan (Excl. Veterans) | G 350 Motor Vehicle | G 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | G 791 Empl. Ret. Inc. Security Act |
| G 810 Selective Service | | G 355 Motor Vehicle Product Liability | | G 610 Agriculture | **PROPERTY RIGHTS** |
| G 850 Securities/Commodities/ Exchange | G 153 Recovery of Overpayment of Veteran's Benefits | G 360 Other Personal Injury | **CIVIL RIGHTS** | G 620 Other Food & Drug | G 820 Copyrights |
| G 875 Customer Challenge 12 USC 3410 | G 160 Stockholders' Suits | G 362 Personal Injury- Med Malpractice | G 441 Voting | G 625 Drug Related Seizure of Property 21 USC 881 | G 830 Patent |
| | | | G 442 Employment | | G 840 Trademark |
| G 890 Other Statutory Actions | G 190 Other Contract | G 365 Personal Injury- Product Liability | G 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| G 891 Agricultural Act | G 195 Contract Product Liability | | G 444 Welfare | G 630 Liquor Laws | G 861 HIA (1395ff) |
| G 892 Economic Stabilization Act | G 196 Franchise | G 368 Asbestos Personal Injury Product Liability | G 445 American with Disabilities - Employment | G 640 R.R. & Truck | G 862 Black Lung (923) |
| G 893 Environmental Matters | **REAL PROPERTY** | | | G 650 Airline Regs | G 863 DIWC/DIWW (405(g)) |
| G 894 Energy Allocation Act | G 210 Land Condemnation | | | G 660 Occupational Safety /Health | G 864 SSID Title XVI |
| G 895 Freedom of Info. Act | G 220 Foreclosure | **IMMIGRATION** | G 446 American with Disabilities - Other | G 690 Other | G 865 RSI (405(g)) |
| G 900 Appeal of Fee Determi- nation Under Equal Access to Justice | G 230 Rent Lease & Ejectment | G 462 Naturalization Application | G 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | G 240 Torts to Land | G 463 Habeas Corpus- Alien Detainee | | | G 870 Taxes (U.S. Plaintiff or Defendant) |
| | G 245 Tort Product Liability | | | | |
| G 950 Constitutionality of State Statutes | G 290 All Other Real Property | G 465 Other Immigration Actions | | | G 871 IRS-Third Party 26 USC 7609 |

**CV 12 - 00699**

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Orange County, CA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Leon L. Thomas_   Date _Jan. 26, 2012_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |