Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

FILED
2012 APR 13  AM 11: 10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br>*Plaintiff*<br><br>v.<br><br>IMI MARKETING, INC.;<br><br>INTEGRITY ALARM<br>*Defendant(s)* | Case No. 2:12-CV-00699 JAK(JCGx)<br><br>**PROOF OF SERVICE OF SUMMONS** |

Comes now Deon L. Thomas, ("Plaintiff") submits this Proof of Service of Summons for INTEGRITY ALARMS.

Please see Attachments.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: April 13, 2012

*/s/ Deon L. Thomas*
Deon L. Thomas

- 1 -
PROOF OF SERVICE OF SUMMONS

## DECLARATION OF REGISTERED PROCESS SERVER RICHARD M. ATKINSON

I declare under the penalty of injury that I am over the age of 18 and am not a party to this action. I further declare that on April 6, 2012 at 9:15 a.m., I served the First Amended Complaint and related documents listed on the Proof of Service to the Defendant's business address located at 140 E. Commonwealth Ave., Suite 102, Fullerton, CA 92832. This is the same address listed with the City of Fullerton Business Registration Division under City account number, 561366. Please see the City's registration information attached to this Declaration. Both Integrity Alarms and IMI Marketing are listed on the tenant marquee in front of the building.

Upon entering, I contacted the receptionist and asked to speak to Michael Nelson. The unidentified young lady in her early 20's, 5'4", 115 lbs, with brown hair and green eyes told me that she did not know if he was in the office and would need to ask someone else to speak with me. At this time, a second, unidentified young female/Hispanic, in her late 20's, 5'8", 125 lbs., with black hair and brown eyes, came out and advised me that Mr. Nelson was out of the office but he was expected to return. She then asked me what my visit was regarding. I explained that I had court papers that needed to be served to Mr. Nelson or someone in charge of the office. She then told me she would need to get her supervisor. A third woman (who refused to identify herself to me) described as a female/Filipino or Pacific Islander, 5'6", 130 lbs., with long, light brown hair with blonde highlights and brown eyes came out to speak with me. I advised her of the general nature of the papers and that I would like to speak to someone who could receive the documents. She told me that no one was in the office who would take the papers from me and that I would need to return at a later date. I then asked her for the name(s) of the people I should seek out when I returned. She told me that she was not at liberty to give out anyone's name and that I would need to try later. I again asked for her name and title, she again refused and that she would not take responsibility for the papers. I advised her that I was substituting service to her in the presence of her co-workers and left the papers on the receptionist's desk.

I mailed the documents to Integrity Alarm in care of Mr. Michael Nelson at the above referenced address on April 9, 2012 from Cypress, California.

**I declare under the penalty of perjury that the foregoing is true and correct.**

*R. M. Atkinson* (signature)

Richard M. Atkinson,
Registered Process Server
Orange County, #2630

April 8, 2012

ATTACHMENT 1

# May We Serve You

# INVOICE

10073 Valley View Street, #118
Cypress, CA 90630
Phone (949) 370-5102  richat@cox.net

**DATE: APRIL 8, 2012**

**TO:**
Deon L. Thomas

**FOR: SERVICE OF FIRST AMMENDED COMPLAINT-INTEGRITY ALARMS**
Thomas v. Integrity Alarm
District Court Case # 2:12-cv-00699 JAK (JCGx)

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|

### April 6, 2012 at 9:15 AM

Mr. Thomas advised us of a possible current address of 140 E. Commonwealth Ave, suite 102 in Fullerton, CA 92832. I personally served the Defendant, Integrity Alarm by leaving the First Amended Complaint and associated documents with the office manager. This woman refused to identify herself to me and refused to advise me who the authorized agent to accept service besides or in addition to the Company Officer, Mr. Nelson. Please see the attached declaration, proof of service and Business Registration acknowledgement from the City of Fullerton.

### April 6, 2012 at 4:15 PM

I went to Fullerton City hall and received a written verification from the City that Integrity Alarms and IMI Marketing are located at the above address. Both companies show Michael Nelson as the Officer of the Corporation(s).

### April 5, 2012 at 4:15 PM

Initially we attempted service at Integrity Alarms previous address located at 1815 E. Heim, Ave., Suite 206, Orange, CA 92865. Upon my arrival suite 206 was empty and being used for storage. I contacted Paula at Infrastucture Engineering g in suite 100. She told me that Integrity Alarms and IMI Marketing had moved out the year before. She had no further information to offer. (Please see her card).

Please see the attached proof of service
Thank you for your business!

ATTACHMENT 2

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Deon L. Thomas <br> 14626 Red Gum St. <br> Moreno Valley, CA 92555 <br> TELEPHONE NO.: 951-413-9071   FAX NO. *(Optional)*: None <br> E-MAIL ADDRESS *(Optional)*: dlthomas32@gmail.com <br> ATTORNEY FOR *(Name)*: Deon L. Thomas | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles <br> STREET ADDRESS: 312 N. Spring Street <br> MAILING ADDRESS: same as above <br> CITY AND ZIP CODE: Los Angeles, 90012 <br> BRANCH NAME: U.S. District Court, Central District of California |
|---|

| PLAINTIFF/PETITIONER: Deon L. Thomas <br> Defendant: IMI Marketing, Inc.; <br> DEFENDANT/RESPONDENT: INTEGRITY ALARMS | CASE NUMBER: <br> 2:12-cv-00699 JAK (JCGx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   Integrity Alarms

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   140 E. Commonwealth Ave., #102, Fullerton, CA 92832

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:            (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 4-6-12    at *(time)*: 9:15 am  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   The office manager who refused to identify herself to me. See attached Declaration of Service
   
       (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
       (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 4-9-12   from *(city)*: Cypress, CA   or [ ] a declaration of mailing is attached.
   
       (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use      **PROOF OF SERVICE OF SUMMONS**      Code of Civil Procedure, § 417.10

ATTACHMENT 3

| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
|---|---|
| Defendant: IMI Marketing, Inc; DEFENDANT/RESPONDENT: INTEGRITY ALARMS | 2:12-cv-00699 JAK (JCGx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*        (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
       ☑ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
           ☐ other:

7. **Person who served papers**
   a. Name: Richard Atkinson
   b. Address: 10073 Valley View Street, #118, Cypress, CA 90630
   c. Telephone number: (949) 370-5102
   d. **The fee** for service was: $ 60.00
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☑ a registered California process server:
           (i) ☐ owner  ☐ employee  ☑ independent contractor.
           (ii) Registration No.: 2630
           (iii) County: Orange

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4-8-12

Richard Atkinson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶ (SIGNATURE)

POS-010 [Rev. January 1, 2007]      PROOF OF SERVICE OF SUMMONS      Page 2 of 2

*ATTACHMENT 4*



# CITY OF FULLERTON

Administrative Services Department

City Treasurer (714) 738-6573
Business Registration (714) 738-6531
Revenue (714) 738-3313
Utility Services (714) 738-6570

April 6, 2012

This message is in response to your inquiry about a Fullerton Business.
The City of Fullerton issues Business Registration Certificates for Revenue generating purposes. We are non-regulatory and do not issue licenses.

| | |
|---|---|
| Business Name: | Integrity Alarms |
| Business Address: | 140 E. Commonwealth Ave. #102 |
| | Fullerton, CA  92832 |
| Business Phone: | 714/921-3992 |
| Activity: | Home Security Systems Sales & Installations |
| Ownership: | Corporation |
| | a)  IMI Marketing, Inc. |
| | b)  Michael Nelson, officer |
| Account Number: | 561366 |
| Established: | 04/10 |
| Status: | Renewal/Expiration 05/01/12 |

You may contact the Business Registration Division at 714/738-5326 or 714/738-6531 should you have any questions about the information provided.

Thank you,

*[signature]*

Michele Martinez
Customer Service Representative

303 West Commonwealth Avenue, Fullerton, California 92832-1775

Revenue Fax (714) 525-8071  •  Utility Services Fax (714) 879-9698  •  Web Site: www.ci.fullerton.ca.us

ATTACHMENT 5