Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

FILED
2012 APR 13  AM 11: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas
*Plaintiff*

v.

IMI MARKETING, INC.;

INTEGRITY ALARM
*Defendant(s)*

Case No. 2:12-CV-00699 JAK(JCGx)

**PROOF OF SERVICE OF SUMMONS**

Comes now Deon L. Thomas, ("Plaintiff") submits this Proof of Service of Summons for IMI Marketing, Inc.

Please see Attachments.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: April 13, 2012

Deon L. Thomas

- 1 -
PROOF OF SERVICE OF SUMMONS

Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas
Plaintiff

V.

IMI MARKETING, INC.;

INTEGRITY ALARM
  *Defendant(s)*

Case No. 2:12-cv-00701 JAK (JCGx)

**DECLARATION OF SERVICE**

I, the undersigned declare under the penalty of injury that I am over the age of 18 and am not a party to this action; that I served only the name of IMI Marketing, Inc., the following document:

**Summons and Complaint**

By U.S Postal Service Mail and acknowledgement of receipt; On March 28, 2012, I placed the above stated documents and sent to the above stated name by depositing in a sealed envelope to the address shown below and I received the return receipt on March 30, 2012.

140 Commonwealth ave., #102, Fullerton, CA 92832

<u>**I declare under the penalty of perjury that the foregoing is true and correct.**</u>

Date: March 30, 2012

Joscelin Thomas

DECLARATION OF SERVICE

ATTACHMENT 1

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br>TELEPHONE NO.: 951-413-9071   FAX NO. *(Optional)*: None<br>E-MAIL ADDRESS *(Optional)*: dlthomas32@gmail.com<br>ATTORNEY FOR *(Name)*: Deon L. Thomas | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same as above<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: U.S. District Court, Central District of California |
|---|

| PLAINTIFF/PETITIONER: Deon L. Thomas<br>DEFENDANT/RESPONDENT: IMI Marketing, Inc.; INTEGRITY ALARMS | CASE NUMBER:<br>2:12-cv-00699 JAK (JCGx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   IMI Marketing, Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   140 E. Commonwealth Ave., # 102, Fullerton, CA 92832

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:       at *(time)*:       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:       or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

ATTACHMENT 2

| | |
|---|---|
| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
| DEFENDANT/RESPONDENT: IMI Marketing, Inc.; INTEGRITY ALARMS | 2:12-cv-00699 JAK (JCGx) |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

　　(1) on *(date):* March 28, 2012　　(2) from *(city):* Moreno Valley

　　(3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

　　(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

　d. [ ] **by other means** *(specify means of service and authorizing code section):*

　　[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [✓] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      
      [✓] 416.10 (corporation)　　　　　　　　　[ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)　　　　　[ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)　[ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)　　[ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)　　　　　　　　[ ] 415.46 (occupant)
      　　　　　　　　　　　　　　　　　　　　　[ ] other:

7. **Person who served papers**
   a. Name: Joscelin Thomas
   b. Address: 14626 Red Gum St., Moreno Valley, CA 92555
   c. Telephone number: 951-242-7015
   d. **The fee** for service was: $ 0.00
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 30, 2012

Joscelin Thomas
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)　　　　　　　　(SIGNATURE)

---

POS-010 [Rev. January 1, 2007]　　　**PROOF OF SERVICE OF SUMMONS**　　　Page 2 of 2

ATTACHMENT 3

| | |
|---|---|
| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) Alena Amaro   C. Date of Delivery 3/30/12<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br><br>IMI Marketing, Inc.<br>140 E. Commonwealth ave., #102<br>Fullerton, CA 92832 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 1150 0000 6427 7017 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ATTACHMENT 4