Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071

FILED
2012 MAY 21 AM 11: 38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br>*Plaintiff*<br><br>vs.<br><br>IMI MARKETING, INC.;<br><br>INTEGRITY ALARMS<br><br>*Defendants* | Case No.: 2:12-CV-00699 JAK (JCGx)<br><br>REQUEST FOR CLERK'S ENTRY OF DEFAULT |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Deon L. Thomas, the Plaintiff in this case, deposes and says under penalty of perjury:

1. I am the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affirmative pursuant to Rule 55.1 and 55(A) of the Federal Civil Rules for the Central District of California in support of the Plaintiff's application for the entry of a default judgment against IMI Marketing, Inc.

3. This is an action to recover statutory damages owed by the Defendant IMI Marketing, Inc. for violation of Fair Credit Reporting Act. The Defendant is not an infant, in the military, nor an incompetent person.

4. Jurisdiction of the subject matter is based on Plaintiff at all times being a citizen of the United States and resident of Riverside County, California pursuant to 28 U.S.C. §1331.

5. This action was commenced on January 31, 2012 by the filing in court of the complaint. A copy of the summons and complaint was filed with the courts on April 13, 2012. Plaintiff filed a first amended complaint on March 26, 2012. A copy of the summons and first amended complaint was served on the Defendant on March 30, 2012, by Ms. Joscelin Thomas. Service of Process was made via the United States Postal Service by certified mail on March 28, 2012 and requiring signed return receipt, completed on March 30, 2012, certificate number 70111150000064277017, pursuant to FRCP 4 and 12 on the Defendant, IMI Marketing, Inc., located at 140 E. Commonwealth Ave., suite 102, Fullerton, CA 92832. Proof of Service was filed with the Clerk of the Court and Court assigned first amended complaint to case number 2:12-CV-00699 JAK (JCGx).

6. Defendant has not answered the complaint and the time for Defendant to answer the complaint has expired ref FRCP 12.

7. This action seeks judgment for statutory damages in the sum amount of $1000.00 plus cost, which is justly due and owing and no part of which has been paid to date.

WHEREFORE, Plaintiff requests the entry of Default and the entry of judgment against the Defendant.

Date: May 21, 2012

Respectfully Submitted,

*[signature]*
Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com

REQUEST FOR CLERK'S ENTRY OF DEFAULT

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the unrepresented party listed below by first class mail USPS.

IMI Marketing, Inc.
140 E. Commonwealth Ave., suite 102
Fullerton, CA 92832

Date: May 21, 2012

Respectfully,

Deon L. Thomas

Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>IMI MARKETING, INC. )<br>)<br>Defendant(s). )<br>)<br>)<br>)<br>) | Case No.: 2:12-CV-00699 JAK (JCGx)<br><br>AFFIDAVIT IN SUPPORT OF<br>CLERK'S ENTRY OF DEFAULT |

**AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT**

I hereby certify that I am the Plaintiff or the attorney of record for the Plaintiff in the above cause, and that Defendant <u>IMI Marketing, Inc.</u> was served by the following method:
   **Service of Process was made by Joscelin Thomas via the United States Postal Service by certified mail on March 28, 2012 and requiring signed return receipt, completed on March 30, 2012, certificate number 70111150000064277017.**

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the Defendant is neither an infant (under 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

The Clerk is requested to enter a default against said Defendant.

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 21, 2012

_[signature]_
Plaintiff or Attorney for Plaintiff
14626 Red Gum, Moreno Valley, CA 92555

REQUEST FOR CLERK'S ENTRY OF DEFAULT