FILED

1
2
3
4

Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071

2012 MAY 21 AM 11: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

7
8
9

Deon L. Thomas

   *Plaintiff*

10

   vs.

11
12

IMI MARKETING, INC.;

13
14

INTEGRITY ALARMS

15

   *Defendants*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:12-CV-00699 JAK (JCGx)

REQUEST FOR CLERK'S ENTRY OF
DEFAULT

16

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

17
18

Deon L. Thomas, the Plaintiff in this case, deposes and says under penalty of perjury:

19
20

1. I am the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

21
22
23

2. I make this affirmative pursuant to Rule 55.1 and 55(A) of the Federal Civil Rules for the Central District of California in support of the Plaintiff's application for the entry of a default judgment against INTEGRITY ALARMS.

24
25
26

3. This is an action to recover statutory damages owed by the Defendant INTEGRITY ALARMS for violation of Fair Credit Reporting Act. The Defendant is not an infant, in the military, nor an incompetent person.

27
28

4. Jurisdiction of the subject matter is based on Plaintiff at all times being a citizen of the United States and resident of Riverside County, California pursuant to 28 U.S.C. §1331.

REQUEST FOR CLERK'S ENTRY OF DEFAULT

5. This action was commenced on January 31, 2012 by the filing in court of the complaint. Plaintiff filed a first amended complaint on March 26, 2012. A copy of the summons and first amended complaint was filed with the courts on April 13, 2012. On April 8, 2012, Service of Process was made by Mr. Richard Atkinson, pursuant to FRCP 4 and 12 on the Defendant, INTEGRITY ALARMS, located at 140 E. Commonwealth Ave., suite 102, Fullerton, CA 92832. Proof of Service of Summons was filed on April 13, 2012, with the Clerk of the Court and Court assigned first amended complaint to the case number 2:12-CV-00699 JAK (JCGx).

6. Defendant has not answered the complaint and the time for Defendant to answer the complaint has expired ref FRCP 12.

7. This action seeks judgment for statutory damages in the sum amount of $1000.00 plus cost, which is justly due and owing and no part of which has been paid to date.


WHEREFORE, Plaintiff requests the entry of Default and the entry of judgment against the Defendant.


Date: May 21, 2012


Respectfully Submitted,


Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com

1

## CERTIFICATE OF SERVICE

2

3
This is  to certify that a true and correct copy of the document above was sent to the party listed below by first class mail USPS.

4

5
INTEGRITY ALARMS

6
1815 E HEIM AVE #206
ORANGE, CA 92885

7

8
Date: May 21, 2012

9

10

11
                                          Respectfully,

12

13
                                          Deon L. Thomas

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR CLERK'S ENTRY OF DEFAULT

1   Deon L. Thomas, Plaintiff
    14626 Red Gum Street
2   Moreno Valley, CA 92555
    dlthomas32@gmail.com
3   951-413-9071

4                    **UNITED STATES DISTRICT COURT**

5                   **CENTRAL DISTRICT OF CALIFORNIA**

6

7   Deon L. Thomas                          )
                                            )
8          *Plaintiff*                       )
                                            )
9          vs.                              )
                                            )   Case No.:  2:12-CV-00699 JAK (JCGx)
10  IMI MARKETING, INC.;                    )
                                            )
11                                          )
                                            )   **AFFIDAVIT IN SUPPORT OF**
12  INTEGRITY ALARMS                        )   **CLERK'S ENTRY OF DEFAULT**
           *Defendants*                      )
13                                          )
                                            )
14

15  ─────────────────────────────────

16  **AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT**

17       I hereby certify that I am the Plaintiff or the attorney of record for the Plaintiff in the above
    cause, and that Defendant <u>INTEGRITY ALARMS</u> was served by the following method:
18       **On April 8, 2012, Service of Process was made by Mr. Richard Atkinson,**
    **pursuant to FRCP 4 and 12 on the Defendant, INTEGRITY ALARMS, located at 140 E.**
19  **Commonwealth Ave., suite 102, Fullerton, CA 92832.**

20       I further certify that the defendant has failed to serve an answer or other responsive
21  pleading; no extension has been granted or any extension has expired; the Defendant is neither
    an infant (under 21) nor an incompetent person; the defendant is not in the active military
22  service of the United States of America or its officers or agents or was not six months prior to
23  the filing of the case.

24       The Clerk is requested to enter a default against said Defendant.

25  I certify under penalty of perjury that the foregoing is true and correct.

26

27  Date May 21, 2012

28                                          _____
                                            Plaintiff or Attorney for Plaintiff
                                            14626 Red Gum St., Moreno Valley, CA 92555

─────────────────────────────────────────────────────────
                     REQUEST FOR CLERK'S ENTRY OF DEFAULT