1  Deon L. Thomas, Plaintiff
   14626 Red Gum Street
2  Moreno Valley, CA 92555
   dlthomas32@gmail.com
3  951-413-9071

FILED
2012 JUN -1  AM 11: 47
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas

   *Plaintiff*

vs.

Case No.: 2:12-CV-00699-JAK (JCGx)

IMI MARKETING, INC.;

INTEGRITY ALARMS

   *Defendant*

MOTION FOR ENTRY OF DEFAULT JUDGMENT OF DEFENDANT INTEGRITY ALARMS

DATE: 8/16/12
Time 8:30 a.m.

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, Deon L. Thomas, comes before this Court with this Motion for Entry of Default Judgment against Defendant INTEGRITY ALARMS and states as follows:

1. Plaintiff has made all filing required of this Court to bring a cause of action against the Defendant, INTEGRITY ALARMS under the FCRA 15 U.S.C. §1681et seq.

2. Plaintiff made pursuant to Rule 55.1 and 55(A) of the Federal Civil Rules for the Central District of California an application in support of Plaintiff's entry of a default judgment against INTEGRITY ALARMS.

1  3. Plaintiff has made proper service of the summons and Complaint to the Defendant,
2  INTEGRITY ALARMS as evidence by the Declaration of Registered Process Service by
3  Richard M. Atkins, a process server.
4  4. The time for the Defendant, INTEGRITY ALARMS to respond has past twice and there
5  has been no response to the service of summons and Complaint and Defendant,
6  INTEGRITY ALARMS is therefore in default.
7  5. Plaintiff has made a Request for Clerk's Entry of Default Judgment.
8  6. The Clerk's Entry of Default Judgment was entered against Defendant, INTEGRITY
9  ALARMS.
10 7. Plaintiff motion the Court to Issues a default judgment in favor of Plaintiff in sum certain of
11 $1000.00, plus cost, which is justly due and owing and no part of which has been paid to
12 date.
13
14 WHEREFORE, Plaintiff respectfully requests the entry of Default judgment against the
15 Defendant, INTEGRITY ALARMS in this matter be granted by this Honorable Court.
16
17 Date: May 31, 2012

Respectfully Submitted,

Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I hereby certify that I am the Plaintiff or the attorney of record for the Plaintiff in the above cause, and that Defendant, **INTEGRITY ALARMS** was served by the following method:

**On April 8, 2012, Service of Process was made by Mr. Richard Atkinson, pursuant to FRCP 4 and 12 on the Defendant, INTEGRITY ALARMS, located at 140 E. Commonwealth Ave., suite 102, Fullerton, CA 92832.**

I further certify that the defendant, INTEGRITY ALARMS has failed to serve an answer or other responsive pleading before the due date of April 4, 2012, allowed by law; no extension has been granted or any extension has expired; clerk's entry of default of Defendant was entered on May 30, 2012; the Defendant is neither an infant (under 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

I certify under penalty of perjury in the state of California that the foregoing is true and correct.

Date May 31, 2012

Plaintiff or Attorney for Plaintiff,

Deon L. Thomas
14626 Red Gum St.,
Moreno Valley, CA 92555

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the **Motion for Entry of Default Judgment, Affidavit in support of Motion for Entry of Default Judgment and Proposed Order Granting Plaintiff's Motion for Default Judgment** was sent to all parties listed below by first class mail USPS.

INTEGRITY ALARMS
140 E. Commonwealth Ave., suite 102
Fullerton, CA 92832

IMI MARKETING, INC.
140 E. Commonwealth Ave., suite 102
Fullerton, CA 92832

Date: May 31, 2012

Respectfully,

*/s/ Deon L. Thomas*
Deon L. Thomas