Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas <br> *Plaintiff* <br> v. <br> IMI MARKETING, INC.; INTEGRITY ALARMS <br> *Defendant(s)* | Case No. 2:12-CV-00701 JAK (JCGx) <br><br> **PROOF OF SERVICE OF SUMMONS** |

Deon L. Thomas, ("Plaintiff") due hereby submits this Proof of Service of Summons served by substitute service, by Federal Rules and Local Rules, upon IMI Marketing, Inc. Please see attached Proof of service of summons and Declaration of Diligence, from the process server.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: June 18, 2012

Deon L. Thomas

- 1 -
PROOF OF SERVICE OF SUMMONS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br>    TELEPHONE NO.: 951-413-9071   FAX NO. *(Optional)*: None<br>E-MAIL ADDRESS *(Optional)*: dlthomas32@gmail.com<br>ATTORNEY FOR *(Name)*: Deon L. Thomas | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same as above<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: U.S. District Court, Central District of California | |
| PLAINTIFF/PETITIONER: Deon L. Thomas<br>DEFENDANT/RESPONDENT: IMI Marketing, Inc.; INTEGRITY ALARMS | CASE NUMBER:<br>2:12-cv-00699 JAK (JCGx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   IMI Marketing, Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   140 E. Commonwealth Ave., # 102, Fullerton, CA 92832

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:             (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 6/5/2012   at *(time)*: 1:29 pm   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Receptionist (short red hair), aproximately 20 years old. Would not give name.
   
   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 6/5/2012   from *(city)*: Lake Forest       or [ ] a declaration of mailing is attached.
   
   (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: IMI Marketing, Inc.; INTEGRITY ALARMS | 2:12-cv-00699 JAK (JCGx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
   a. Name: Ben Ari Manes
   b. Address: 25422 Trabuco Rd. Ste. 105-158 Lake Forest, CA 92630
   c. Telephone number: 949-340-0638
   d. **The fee** for service was: $ 59.00
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☑ a registered California process server:
           (i) ☑ owner    ☐ employee    ☐ independent contractor.
           (ii) Registration No.: 2517
           (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/06/2012

Ben Ari Manes
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signed)* Ben Ari Manes
(SIGNATURE)

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br><br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): dlthomas32@gmail.com<br>ATTORNEY FOR (Name): Deon L. Thomas | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles |
|---|
| STREET ADDRESS: 312 N. Spring Street |
| MAILING ADDRESS: 312 N. Spring Street |
| CITY AND ZIP CODE: Los Angeles, 90012 |
| BRANCH NAME: U.S. District Court, Central District of California |

PLAINTIFF/PETITIONER: Deon L. Thomas
DEFENDANT/RESPONDENT: IMI Marketing, Inc.; INTEGRITY ALARMS

| DECLARATION | CASE NUMBER:<br>2:12-cv-00699 JAK (JCGx) |
|---|---|

Declaration of Ari Manes

I declare under the penalty of perjury that I am over the age of 18, a registered process server and am not a party to this action.

I further declare that on May 31, 2012 at 1:48p.m. I went to the business place of IMI Marketing located at 140 E. Commonwealth, #102, Fullerton, CA 92832. I went inside and asked the office manager if Michael Nelson was available. She wanted to know the purpose of my visit, and I indicated that i have a delivery for him. She said he was not available. There was no way to tell whether Mr. Nelson was there.

On June 1, 2012 at 9:45am, I attempted service at the same address in Fullerton. The same office manager, a woman in her late 20's told me that Mr. Nelson was not there. I asked her when he would be available. She indicated that she did not know. She would not give me her name. I left.

On June 4, 2012 at 4:30 p.m. I attempted service at the same address in Fullerton. The situation was similar. I asked the Office Manager if Mr. Nelson was available. She was he was not there. I left

On June 5, 2012 at about 1:29p.m., I arrived at IMI Marketing in Fullerton at the E. Commonwealth address. I had not seen the receptionist previously, but told her i had a delivery, and that it was for Mr. Nelson. The Office Manager saw my attempt to sub-serve and told the receptionist not to accept service. The receptionist would not give me her name, but I let her know that "this legal document needs to be given to Mr. Nelson and that is very important." I told her that it was important that i get her name because my Boss wants it, but she would not disclose it. She is decribed as a short and sleight woman of about 20. She has thin red hair.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 6, 2012

Ben Ari Manes
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

## CERTIFICATE OF SERVICE

I, Deon L. Thomas ("Plaintiff"), do hereby certify that on June 18, 2012, a copy of the foregoing documents will be served to:

IMI Marketing, Inc.
140 E. Commonwealth Ave. suite 102
Fullerton, CA 92832

Integrity Alarms
140 E. Commonwealth Ave. suite 102
Fullerton, CA 92832


_/s/ Deon L. Thomas_
Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071