Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

FILED
2012 JUL -2 AM 11:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br><br>*Plaintiff*<br><br>v.<br><br>IMI MARKETING, INC.; INTEGRITY ALARMS<br><br>*Defendant(s)* | Case No. 2:12-CV-00699 JAK (JCGx)<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS** |

Deon L. Thomas, ("Plaintiff") due hereby submits this Proof of Service of Summons served by substituted service, in compliance with FRCP and C.C.P. upon IMI Marketing, Inc.  See attachments: Proof of service of summons and Declaration of Due Diligence, from the process server.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: June 28, 2012

*/s/ Deon L. Thomas*
Deon L. Thomas

- 1 -
NOTICE OF FILING PROOF OF SERVICE OF SUMMONS