FILED
2012 JUL -6 AM 11: 07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br><br>*Plaintiff*<br><br>vs.<br><br>IMI MARKETING, INC.;<br><br>INTEGRITY ALARMS<br><br>*Defendant* | Case No.: 2:12-CV-00699 JAK (JCGx)<br><br>MOTION FOR ENTRY OF DEFAULT JUDGMENT OF DEFENDANT IMI MARKETING, INC.<br><br>Date: July 30, 2012<br>Time: 8:30 am<br><br>September 10, 2012 at 8:30am |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, Deon L. Thomas, comes before this Court with this Motion for Entry of Default Judgment against Defendant IMI Marketing, Inc. and states as follows:

1. Plaintiff has made all filing required of this Court to bring a cause of action against the Defendant, IMI Marketing, Inc. under the FCRA 15 U.S.C. §1681et seq.

2. Plaintiff has made proper service of the summons and Complaint to the Defendant, IMI Marketing, Inc. as evidence by the Declaration of Due-Diligence Service by Ben Ari Manes, a non party to this claim.

3. The time for the Defendant, IMI Marketing, Inc. to respond has past and there has been no response to the service of summons and Complaint and Defendant, IMI Marketing, Inc. is therefore in default.

4. Plaintiff has made a Request for Clerk's Entry of Default Judgment.

5. Plaintiff motion the Court to Issues a default judgment in favor of Plaintiff in sum certain of $1000.00, plus cost, which is justly due and owing and no part of which has been paid to date.

WHEREFORE, Plaintiff respectfully requests the entry of an order for Default judgment against the Defendant IMI Marketing Inc., in the sum amount of $1000.00, plus cost, which is justly due and owing, for which let execution issue.

Date: July 6, 2012

Respectfully Submitted,

Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com

**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

I hereby certify that I am the Plaintiff or the attorney of record for the Plaintiff in the above cause, and that Defendant, **IMI MARKETING, INC.** was served by the following method:

**Service of Process was made On June 5, 2012 by Mr. Ben Ari Manes, substituted service, in compliance with FRCP and C.C.P. on the Defendant, IMI MARKETING, INC., located at 140 E. Commonwealth Ave., suite 102, Fullerton, CA 92832.**

I further certify that the defendant, IMIM MAKETING, INC. has failed to serve an answer or other responsive pleading before the due date of June 26, 2012, allowed by law; no extension has been granted or any extension has expired; clerk's entry of default of Defendant was entered on July 2, 2012; the Defendant is neither an infant (under 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

I certify under penalty of perjury in the state of California that the foregoing is true and correct.

Date July 6, 2012

Plaintiff or Attorney for Plaintiff,

Deon L. Thomas
14626 Red Gum St.,
Moreno Valley, CA 92555