**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-00699 JAK (JCGx) | Date | September 10, 2012 |
| Title | Deon L. Thomas v. IMI Integrity Marketing, Inc., et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alexander Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Deon L. Thomas, pro se | Not Present |

**Proceedings:** **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT INTEGRITY ALARMS (Dkt. 19)**

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT IMI MARKETING, INC. (Dkt. 27)**

The motion hearing is held. There is no appearance by or on behalf of Defendants. The Court states its detailed, tentative views on the record and is inclined to deny Plaintiff's motions for default judgment. Default has been entered as to each Defendant. Dkt. 16, 26. In his First Amended Complaint, Plaintiff alleges that each Defendant improperly obtained his consumer credit report, in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681b. Plaintiff requests statutory damages of $1,000 as to each Defendant for willful noncompliance, under 15 U.S.C. § 1681n. However, in Plaintiff's First Amended Complaint, he makes no request for statutory damages. Additionally, Plaintiff has alleged no facts to establish willful noncompliance. Merely referring to the statutory provisions governing willful noncompliance is insufficient to provide Defendants with notice of the alleged FCRA violations.

Plaintiff addresses the Court regarding the issues it raises, including: (1) willful noncompliance; (2) the applicable statutory provisions; and (3) his contact with Defendants.

The Court adheres to its tentative views and DENIES Plaintiff's motions for default judgment, without prejudice. Plaintiff shall file any amended complaint on or before September 19, 2012, which complaint shall plead damages as to each Defendant and plead facts sufficient to establish willful noncompliance. Plaintiff shall serve Defendants with the amended complaint on or before September 26, 2012. Defendants shall file any response on or before October 31, 2012. If Defendants file no response, Plaintiff shall move for entry of default and move for default judgment on or before November 5, 2012, and serve Defendants with those motions at that time. Plaintiff shall schedule a hearing on the motion for default judgment for December 3, 2012, at 8:30 a.m. If Plaintiff timely files the aforementioned submissions and Defendants do not timely oppose, the Court may take the December 3, 2012 hearing off calendar and issue a written ruling.

**IT IS SO ORDERED.**

|  |  | : | 06 |
|---|---|---|---|
|  | Initials of Preparer | ak |  |