1  Deon L. Thomas
   14626 Red Gum Street
2  Moreno Valley, CA 92555
   951-413-9071
3  dlthomas32@gmail.com
4
5
6

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9

10 Deon L. Thomas                    )
       *Plaintiff*                   ) Case No. 12-CV-00699 JAK (JCGx)
11                                   )
                                     )
12 v.                                )
                                     )
13 IMI MARKETING, INC., et al.,      ) **PROOF OF SERVICE OF**
                                     )
14                                   ) **SUMMONS**
       *Defendant(s)*                )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18 _____

19     PLEASE TAKE NOTICE  Deon L. Thomas, ("Plaintiff") submits this Proof of Service of
20 Summons and Complaint for INTEGRITY ALARMS.
21 Please see Attachments.
22

23
   I declare certify and declare under penalty of perjury under the law of the State of California that
24
   the forgoing is true and correct.
25
   DATED: October 2, 2012
26
                                                           _____
27                                                         Deon L. Thomas
28

- 1 -
PROOF OF SERVICE OF SUMMONS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional): N/A<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Deon L. Thomas | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S Central District of California
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: U.S. DIST. COURT, CENTRAL DIST. OF CALIF.

PLAINTIFF/PETITIONER: Deon L. Thomas
DEFENDANT/RESPONDENT: Integrity Alarms

CASE NUMBER: cv12-00699

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Second Amended Complaint

3. a. Party served *(specify name of party as shown on documents served):*

   Integrity Alarms

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. [✗] **by substituted service.** On *(date):* 9/27/2012 at *(time):* 4:07 P.M. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* Yvonne Moran, Office Manager

      (1) [✗] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✗] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 9/27/2012 from *(city):* Lake Forest or [ ] a declaration of mailing is attached.

      (5) [✗] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Exhibit 1

| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Integrity Alarms | cv12-00699 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*     (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* Integrity Alarms
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☑ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. Person who served papers
   a. Name: Ben Ari Manes
   b. Address: 25422 Trabuco Rd. Ste 105-158, Lake Forest, CA 92630
   c. Telephone number: 949-340-0638
   d. The fee for service was: $ 55
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☑ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.: 2517
         (iii) County: Orange

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 9/27/2012

_Ben Ari Manes_
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _Ben Ai Manes_
(SIGNATURE)

Exhibit 2

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br><br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Deon L. Thomas | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: U.S. DIST. COURT CENTRAL DIST. OF CALIF.

PLAINTIFF/PETITIONER: Deon L. Thomas
DEFENDANT/RESPONDENT: Integrity Alarms

| DECLARATION | CASE NUMBER:<br>cv12-00699 |
|---|---|

Declaration of Ari Manes

I declare under the penalty of perjury that I am over the age of 18, a registered process server and am not a party to this action.

I further declare that on September 25, 2012 at 9:30 a.m., I went to the business place of Integrity Alarms located at 140 E. Commonwealth, #102, Fullerton, CA 92832. I went inside and asked the receptionist if Michael Nelson was there. She told me to speak with Office Manager Yvonne Moran. Yvonne's door was open, and I asked her if Michael Nelson was available. She said he wasn't there that day.

I tried a second attempt on September 26, 2012 at 1:15p.m at the same Fullerton office suite. I noticed that the company was conducting interviews. Again, Yvonne told me that Michael Nelson was not there. She indicated that she did not know when he would be back.

I attempted service again on On September 27, at 11:45 a.m. at the same Fullerton office suite. The situation was similar. I asked the Office Manager if Mr. Nelson was present. She said he was not. I left shortly thereafter. I returned for a 4th attempt in the late afternoon on September 27, 2012 to 140 E. Commonwealth, #102, Fullerton, CA 92832. At aproximately 4:07p.m. I went inside and got the same story from Yvonne that Michael Nelson had not returned and she did not know where he was. I informed Yvonne at this time that she was to give the complaint I handed her to Mr. Nelson, and that she had an obligation to do so. I explained to Yvonne that she was "subserved" and I explained the general nature of the papers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/27/2012

Ben Ari Manes
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

Exhibit 3