1  Deon L. Thomas
   14626 Red Gum Street
2  Moreno Valley, CA 92555
   951-413-9071
3  dlthomas32@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas | Case No. 2:12-CV-~~00701~~ JAK (JCGx)  00699 |
| *Plaintiff* | |
| v. | **PROOF OF SERVICE OF SUMMONS** |
| IMI MARKETING, INC., et al., | |
| *Defendant(s)* | |

  PLEASE TAKE NOTICE  Deon L. Thomas, ("Plaintiff") submits this Proof of Service of Summons and Complaint for IMI Marketing, Inc.

Please see Attachments.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: October 2, 2012

*/s/ Deon L. Thomas*
Deon L. Thomas

- 1 -
PROOF OF SERVICE OF SUMMONS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br>TELEPHONE NO.: 951-413-9071   FAX NO. (Optional): N/A<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Deon L. Thomas | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S Central District of California<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: 312 N. Spring Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: U.S. DIST. COURT, CENTRAL DIST. OF CALIF. | |
| PLAINTIFF/PETITIONER: Deon L. Thomas<br>DEFENDANT/RESPONDENT: IMI Marketing, Inc. | CASE NUMBER:<br>cv12-00699 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents):* Second Amended Complaint

3. a. Party served *(specify name of party as shown on documents served):*

   **IMI Marketing, Inc.**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*          (2) at *(time):*
   b. ☒ by substituted service. On *(date):* 9/21/2012 at *(time):* 4:07 P.M. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* Yvonne Moran, Office Manager

   (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☐ a declaration of mailing is attached.

   (5) ☒ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

Exhibit 1

| PLAINTIFF/PETITIONER: Deon L. Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: IMI Marketing, Inc. | cv12-00699 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in Item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* IMI Marketing, Inc.
     under the following Code of Civil Procedure section:
     ☑ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
     ☑ other: Inc.

7. Person who served papers
   a. Name: Ben Ari Manes
   b. Address: 25422 Trabuco Rd., Ste 105-158, Lake Forest, CA 92630
   c. Telephone number: 949-340-0638
   d. The fee for service was: $ 25
   e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☒ owner   ☐ employee   ☐ independent contractor.
      (ii) Registration No.: 2517
      (iii) County: Orange

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 9/27/2012

Ben Ari Manes        ▶ *Ben Ari Manes*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     Page 2 of 2

Exhibit 2

MC-030

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Deon L. Thomas<br>14626 Red Gum St.<br>Moreno Valley, CA 92555<br><br>TELEPHONE NO.: 951-413-9071   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Deon L. Thomas | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: U.S. DIST. COURT CENTRAL DIST. OF CALIF.

PLAINTIFF/PETITIONER: Deon L. Thomas
DEFENDANT/RESPONDENT: Integrity Alarms

| **DECLARATION** | CASE NUMBER:<br>cv12-00699 |
|---|---|

### Declaration of Ari Manes

I declare under the penalty of perjury that I am over the age of 18, a registered process server and am not a party to this action.

I further declare that on September 25, 2012 at 9:30 a.m., I went to the business place of IMI Marketing located at 140 E. Commonwealth, #102, Fullerton, CA 92832. I went inside and asked the receptionist if Michael Nelson was there. She told me to speak with Office Manager Yvonne Moran. Yvonne's door was open, and I asked her if Michael Nelson was available. She said he wasn't there that day.

I tried a second attempt on September 26, 2012 at 1:15p.m at the same Fullerton office suite. I noticed that the company was conducting interviews. Again, Yvonne told me that Michael Nelson was not there. She indicated that she did not know when he would be back.

I attempted service again on On September 27, at 11:45 a.m. at the same Fullerton office suite. The situation was similar. I asked the Office Manager if Mr. Nelson was present. She said he was not. I left shortly thereafter. I returned for a 4th attempt in the late afternoon on September 27, 2012 to 140 E. Commonwealth, #102, Fullerton, CA 92832. At aproximately 4:07p.m. I went inside and got the same story from Yvonne that Michael Nelson had not returned and she did not know where he was. I informed Yvonne at this time that she was to give the complaint I handed her to Mr. Nelson, and that she had an obligation to do so. I explained to Yvonne that she was "subserved" and I explained the general nature of the papers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 09/27/2012

Ben Ari Manes
(TYPE OR PRINT NAME)                                    *Ben Ari Manes* (SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**                                                   Page 1 of 1

Exhibit 3