Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon L Thomas

PLAINTIFF(S)

v.

IMI Integrity Marketing Inc et al

DEFENDANT(S).

CASE NUMBER

2:12-CV -699 JAK (JCGx)

**DEFAULT BY CLERK**
**F.R.Civ.P. 55(a)**
AS TO SECOND AMENDED COMPLAINT

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Defendant IMI Marketing Inc

Defendant Integrity Alarms

Clerk, U. S. District Court

November 6, 2012

Date

By *Irene Ramirez*
*Relief Courtroom Deputy*

Irene Ramirez, Deputy Clerk

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)