**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-00699 JAK (JCGx) | Date | December 3, 2012 |
| Title | Deon L. Thomas v. IMI Integrity Marketing, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST IMI MARKETING, INC. (DKT. 33)**

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST INTEGRITY ALARMS (DKT. 35)**

The motion hearing is held. There is no appearance by or on behalf of either Plaintiff or Defendants. The Court states its detailed, tentative views on the record and is inclined to deny the motions. No evidence was submitted with Plaintiff's motions with respect to the willfulness of Defendants' alleged violations, and the First Amended Complaint only states that Defendants' alleged violation was willful, without alleging any specific facts that support this claim. The Court notes that a violation of 15 U.S.C. § 1681n, for willful noncompliance with the Fair Credit Reporting Act, allows for statutory damages of up to $1,000, but that negligent noncompliance, a violation of 15 U.S.C. § 1681*o*, only allows for actual damages. Based on the purely conclusory allegations of the First Amended Complaint and the lack of any other evidence presented to the Court, the Court is not persuaded that Plaintiff has shown a basis for his requested statutory damages, *i.e.*, for a willful violation of the statute.

The Court adheres to its tentative views and DENIES the motions. The Court issues an Order to Show Cause for January 7, 2013 at 1:30 p.m. regarding the filing of a renewed motion as to both Defendants. Plaintiff shall file the renewed motions no later than January 2, 2013. If Plaintiff does so, the Order to Show Cause will be discharged. If Plaintiff does not do so, the action will be dismissed. Any renewed motion shall address the issues identified in this Order.

**IT IS SO ORDERED.**

|  | : | 02 |
|---|---|---|
| Initials of Preparer | ak | |