FILED

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

2013 JAN -4  AM II: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br>*Plaintiff*<br><br>v.<br><br>IMI MARKETING, INC.;<br><br>INTEGRITY ALARM<br>*Defendant(s)* | Case No. EDCV12-00699 JAK (JCGx)<br><br>PLAINTIFF DEON L. THOMAS NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST IMI MARKETING, INC. AND INTEGRITY ALARMS<br><br>Date: January 24, 2013<br>Time: 10:00 a.m.<br>Courtroom: 750-7th Floor Roybal<br>Judge: John A. Kronstadt |

NOTICE IS HEREBY GIVEN that on January 24, 2013, at 10:00 a.m., or as

soon thereafter as the matter can be heard in the courtroom of the Honorable

John A. Kronstadt, located at 255 East Temple Street, Los Angeles, CA 90012,

Rm. 750-7 Floor Roybal, Plaintiff Deon L. Thomas ("Plaintiff") will, and hereby

does, move for default judgment against IMI Marketing, Inc. ("IMI or

Defendant") and Integrity Alarm ("IA or Defendant"). This Motion will be

made under the provision of Fed R. Civ. P. 12(a)(1)(a), also Plaintiff has satisfied

1

PLAINTIFF DEON L. THOMAS NOTICE OF FOR DEFAULT JUDGMENT AGAINST IMI MARKETING, INC. AND INTEGRITY ALARMS

procedural requirement pursuant to C.D. Cal L.R. 7-4 through 7-7 for default judgment.

The Procedures provides that a Defendant shall serve its answer to a complaint within twenty-one (21) days of service of the letter. The Defendant's had not filed an Answer, had not served an Answer or any other paper upon the Plaintiff, and had not otherwise responded to the summons and complaint served upon them. To this date, Defendants has undertaking no defense whatsoever in this matter.

DATED: January 4, 2013

Respectfully Submitted,

Plaintiff

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

PLAINTIFF DEON L. THOMAS NOTICE OF FOR DEFAULT JUDGMENT AGAINST IMI MARKETING, INC. AND INTEGRITY ALARMS

PROOF OF SERVICE

I am and was at the time of service of papers herein, over the age of 18 and not a party to the within action; On January 4, 2013, I served the foregoing documents described as:

**PLAINTIFF'S DEON L. THOMAS NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST IMI MARKETING, INC. AND INTEGRITY ALARMS**

[x]  by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

IMI MARKETING, INC.
140 E. Commonwealth Ave., suite 102
Fullerton, CA 92832

INTEGRITY ALARMS
140 E. Commonwealth Ave., suite 102
Fullerton, CA 92832

[x]    BY REGULAR MAIL:  It is deposited with the United State Postal Service.

[ ]** (VIA EMAIL) I caused the above-referenced document to be delivered via electronic mail to the above-referenced email address.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on January 4, 2013, in Riverside, California

Elyse Langston-Thomas

PROOF OF SERVICE